# Keller *v.* Holland's Adm'r.

*Action for Breach of Special Contract.*

1. *Abstract charge.*—A charge which is not applicable to the evidence, or which assumes as proved a fact or facts of which there is no evidence whatever, or assumes that there is evidence tending to prove facts of which there is no evidence whatever, is abstract, and properly refused for that reason.

APPEAL from the Circuit Court of Lee.

Tried before the Hon. L. B. STRANGE.

This action was brought by O. S. Holland, against Daniel J. Keller, to recover damages for the breach of a special con-

tract, by which the plaintiff undertook to assist the defendant in effecting sales of a certain patent right for improved apparatus used in the manufacture of carbureted hydrogen gas ; and was commenced on the 28th February, 1874. The opinion renders it unnecessary to state the facts at length. The refusal of a charge asked by the defendant is the only matter assigned as error.

J. M. CHILTON, and J. M. RUSSELL, for appellant.

W. H. BARNES, contra.

BRICKELL, C. J.—The only error assigned is, the refusal of the Circuit Court to give the charge requested by the appellant. A charge not applicable to the evidence, or which assumes as proved a fact or facts of which there is no evidence, or assumes there is evidence tending to prove such facts, when there is a total absence of evidence in reference to them, ought not to be given. It would have an immediate tendency to confuse and mislead the jury, distracting their attention from the matter which they are to try, and render trials almost interminable. We have carefully examined the bill of exceptions, and have not discovered any evidence having a tendency to prove the facts on which the charge is based. Whether it asserts the law correctly or not, is immaterial. It was properly refused.

The judgment must be affirmed.